UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JAMAL DAMON HENDRIX,

Plaintiff

v.

M. SHARP, et al.,

Defendants

Case No. 3:18-cv-00084-RCJ-WGC

ORDER

## I. DISCUSSION

On May 29, 2019, this Court entered a screening order that both granted Plaintiff leave to amend, stayed the case for 90 days, and referred the case to the inmate early mediation program. (ECF No. 3 at 10-12). On June 19, 2019, Plaintiff filed a first amended complaint (ECF No. 5).

The Court vacates the stay and the referral to the inmate early mediation program. The Court must first screen Plaintiff's first amended complaint under 28 U.S.C. § 1915A. As such, the Office of the Attorney General, who filed a limited notice of appearance in compliance with the screening order (ECF No. 6), is directed to not respond to any filings in this case until the Court orders it to do so.

## II. CONCLUSION

For the foregoing reasons, it is ordered that the 90-day stay and referral to the inmate mediation program are vacated.

It is further ordered that the Court will screen the first amended complaint (ECF No. 5) in a separate order.

It is further ordered that the Office of the Attorney General will not respond to any filings in this case unless ordered by the Court.

DATED: June 20, 2019.

_____
UNITED STATES MAGISTRATE JUDGE