# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMAL DAMON HENDRIX, | Case No.: 3:18-cv-00084-MMD-WGC |
| Plaintiff | **Order** |
| v. | Re: ECF No. 31 |
| M. SHARP, et. al., | |
| Defendants | |

Plaintiff has filed a notice of served and unserved defendants, noting that the court never issued an order for service on defendant Ingle. (ECF No. 31.) The court screened Plaintiff's first amended complaint, and allowed him to proceed with claims against the following defendants: Arias, Ashdown, Burleigh, Byrne, Chung, Cooke, C. Davis, G. Davis, Esquivel, Gomez, Hayman, Healer, Hernandez, Ingle, Parr, Sandoval, Sharp, and Doe defendants once Plaintiff learns their identity. (ECF No. 8.)

After mediation was unsuccessful, the Attorney General's Office was ordered to advise the court regarding those defendants for whom it could accept service, and those it could not, and for those it could not accept service, it was ordered to file the last known addresses under seal. (ECF No. 13.)

On September 11, 2019, the Attorney General's Office filed a notice accepting service on behalf of Alejandro Arias-Flores, Elliott Burleigh, Kelvin Chung, Corey Cooke, Christopher Davis, George Davis, Daniel Esquivel, Christopher Hayman, Patricia Hernandez, Jacob Parr, Tasheena Sandoval, and Michael Sharp. Service was not accepted on behalf of Christopher Ashdown, Harold Byrne, Carlos Gomez, and Leslie Healer. The Attorney General's Office stated

that it *had not located a Taylor Ingle* after making reasonable inquiry. (ECF No. 15.) The last known addresses for Ashdown, Byrne, Gomez and Healer were filed under seal. (ECF No. 16.) Since the Attorney General's Office has been unable to locate a Taylor Ingle, no last known address was filed under seal.

Since the Attorney General's Office has made reasonable inquiry and has been unable to locate a Taylor Ingle, under the courts order at ECF No. 13, the burden falls on Plaintiff to provide information, including a full name and address, for service on Ingle. (*See* ECF No. 13 at 2-3 ¶.) Plaintiff has **30 days** from the date of this Order to file such information with the court. If he fails to do so, defendant Ingle will be dismissed from this action without prejudice under Federal Rule of Civil Procedure 4(m).

**IT IS SO ORDERED**.

Dated: December 26, 2019

William G. Cobb
United States Magistrate Judge