1  AARON D. FORD
     Attorney General
2  PETER E. DUNKLEY, Bar No. 11110
     Deputy Attorney General
3  State of Nevada
   Public Safety Division
4  100 N. Carson Street
   Carson City, NV  89701-4717
5  Tel: (775) 684-1259
   E-mail:  pdunkley@ag.nv.gov
6
   *Attorneys for Defendants*
7  *Alejandro Arias-Flores, Christopher Ashdown, Mike Bryne,*
   *Elliot Burleigh, Kelvin Chung, Corey Cooke, Christopher Davis,*
8  *George Davis, Daniel Esquivel, Christopher Hayman,*
   *Patricia Hernandez, Jacob Parr, Tasheena Sandoval,*
9  *and Michael Sharp*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMAL DAMON HENDRIX,<br><br>Plaintiff,<br><br>vs.<br><br>M. SHARP, et al.,<br><br>Defendants. | Case No.  3:18-cv-00084-RCJ-WGC<br><br>**ORDER GRANTING**<br>**MOTION FOR EXTENSION OF TIME TO**<br>**FILE REPLY TO ECF NOS. 50, 50-1** |

Defendants, Alejandro Arias-Flores, Christopher Ashdown, Mike Bryne, Elliot Burleigh, Kelvin Chung, Corey Cooke, Christopher Davis, George Davis, Daniel Esquivel, Christopher Hayman, Patricia Hernandez, Jacob Parr, Tasheena Sandoval, and Michael Sharp, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Peter E. Dunkley, Deputy Attorney General, hereby submit this Motion for Extension of Time to File Dispostive Motions (Second Request).  This Motion is based on Federal Rule of Civil Procedure 6(b)(1)(A), the following Memorandum of Points and Authorities, and all papers and pleadings on file in this action.

/ / /

/ / /

/ / /

1 **MEMORANDUM OF POINTS AND AUTHORITIES**

2 **I.   ARGUMENT**

3 Defendants respectfully request a thirty (30) day extension of time out from the current deadline of September 28, 2020, to file a reply to Plaintiff's 195 page response (ECF Nos. 50, 50-1) to Defendants' Motion for Summary Judgment.

In light of the number of defendants and claims, and the potential logistical issues related to OAG wide procedures related to the management of COVID-19, the undersigned believes thirty days will be sufficient.

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Defendants' request will not hinder or prejudice Plaintiff's case.  The requested thirty-day extension of time should permit Defendants' counsel time to adequately parse and brief the various issues among the 195 pages.  Defendants asserts that the requisite good cause is present to warrant the requested extension of time.

For these reasons, Defendant respectfully requests a thirty (30) day extension of time from the current deadline to file a motion for summary judgment in this case, with a new deadline to and including Wednesday, October 28, 2020.  Likewise, Defendants respectfully requests that the Court modify the deadline for the joint pretrial order as set forth below.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**Schedule for Remaining Deadlines**

| | |
|---|---|
| Reply deadline | October 28, 2020 |
| Joint pretrial order (if no dispositive motions pending) | November 30, 2020[1] |

DATED this 28th day of September 2020.

                    AARON D. FORD
                    Attorney General

By:   /s/ Peter E. Dunkley
       PETER E. DUNKLEY, Bar No. 11110
       Deputy Attorney General

*Attorneys for Defendants*

**IT IS SO ORDERED**

*William G. Cobb*
**UNITED STATES MAGISTRATE JUDGE**

DATED: September 29, 2020

---

[1] November 27 is the Friday after the Thanksgiving Holiday.