# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JAMAL D. HENDRIX,                          }        Case No. 3:18-CV-00084-RCJ-WGC
    Petitioner/Plaintiff,              }
                               }
    v.                                 }
                               }        **MOTION FOR ENLARGEMENT OF TIME**
Sharp; et. AL,                             }
    Respondent/Defendant.              }

COMES NOW, Petitioner/Plaintiff, JAMAL, DAMON, Hendrix , pro per, and respectfully moves this Honorable Court for a _____15_____ day enlargement of time from JANUARY 27th , 2021 , to Febuary 11th , 2021 , within which to file Petitioner/Plaintiff's Objections to the U.S. Magistrate Judge's Report And Recommendations.

This motion is made and based Rule 6(b) of the Nev. Rules of Civil Procedure, the supporting attached affidavit, as well as all papers, pleadings, and documents on file herein.

## CONCLUSION

**WHEREFORE,** all of the above stated reasons, Petitioner/Plaintiff respectfully requests this Honorable Court to Grant the Petitioner/Plaintiff an enlargement of time from JANUARY 27th 2021, to Febuary 11th , 2021, within which to file his Objection to the U.S. Magistrate's Report And Recommendation.

DATED this 18th day of JANUARY , 2021.

Respectfully submitted,

_Jamal, Damon, Hendrix_
Petitioner/Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify pursuant to N.R.C.P. 5(b) that I am the Petitioner/Plaintiff in the foregoing Motion for Enlargement of Time, and that on this 18th day of JANUARY , 2021, I did serve a true

1

and correct copy of the above mentioned document, by giving it to a prison official at the Ely State Prison

to deposit in the U.S. Mail, sealed in an envelope, postage pre-paid, and addressed as follows:

Clerk, U.S. District Court
District of Nevada
400 S. Virginia St. RM#301
Reno, NV 89501
ATTN: Deputy Clerk
Karen Walker

State of Nevada
Office of the Atty General
100 N. Carson Street
Carson City, NV 89701-4717
ATTN: Dpty Atty: Douglas Rands

DATED this 18th day of January, 2021.

_Jamal D. Helix_
Petitioner/Plaintiff

**AFFIDAVIT**

STATE OF NEVADA )
) ss.
COUNTY OF White Pine )

Jamal, Damon, Hendrix , being first duly sworn, deposes and says:

1. That Affiant is the Petitioner/Plaintiff in the above-entitled cause of action;

2. That Affiant is over the age of twenty-one (21) years, of sound mind, and competent to swear to the within matters of the above listed cause of action;

3. That due to Ongoing Criminal and Civil Litigations of Civil Rights Cases And Habeas Corpus Responses. Affiant is unable to prepare and write his Objections to the U.S. Magistrate Judge's Report & Recommendations by the current due date;

4. That Affiant believes the necessary research and preparation can be accomplished within the additional 5 days requested;

5. That this request for enlargement of time is made in good faith and not for the purposes of delay.

_Jamal D. Helix_
Affiant/Petitioner/Plaintiff

IT IS SO ORDERED this 21st day of January, 2021.

_R. Jones_
ROBERT C. JONES, District Judge      2