# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Jamal, Damon, Hendrix,
Petitioner/Plaintiff,

v.

Sharp; et. AL,
Respondent/Defendant.

Case No. 3:18-CV-00084-RCJ-WGC

**ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME (ECF No. 58)**

COMES NOW, Petitioner/Plaintiff, Jamal, Damon, Hendrix, pro per, and respectfully moves this Honorable Court for a __20__ day enlargement of time from January 27th, 2021, to February 16th, 2021, within which to file Petitioner/Plaintiff's Objection to the U.S. Magistrate Judge's Report and Recommendations.

This motion is made and based Rule 6(b) of the Nev. Rules of Civil Procedure, the supporting attached affidavit, as well as all papers, pleadings, and documents on file herein.

## CONCLUSION

**WHEREFORE,** all of the above stated reasons, Petitioner/Plaintiff respectfully requests this Honorable Court to Grant the Petitioner/Plaintiff an enlargement of time from January 27th, 2021, to February 16th, 2021, within which to file his Objection to the U.S. Magistrate Judge's Report & Recommendation.

DATED this 21st day of January, 2021.

Respectfully submitted,

Jamal D. Hendrix
Petitioner/Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify pursuant to N.R.C.P. 5(b) that I am the Petitioner/Plaintiff in the foregoing Motion for Enlargement of Time, and that on this 21st day of January, 2021, I did serve a true

1

and correct copy of the above mentioned document, by giving it to a prison official at the Ely State Prison to deposit in the U.S. Mail, sealed in an envelope, postage pre-paid, and addressed as follows:

Clerk, U.S. District Court
District of Nevada
400 S. Virginia St. Rm #301
Reno, NV 89501
ATTN: Deputy Clerk: Karen Walker

State of Nevada
Office of the Atty General
100 N. Carson Street
Carson City, NV 89701-4717
ATTN: Deputy Atty General;
Douglas Rands

DATED this 21st day of January, 2021.

_____
Petitioner/Plaintiff

**AFFIDAVIT**

STATE OF NEVADA   )
                  ) ss.
COUNTY OF White Pine )

Jamal, Damon, Hendrix, being first duly sworn, deposes and says:

1. That Affiant is the Petitioner/Plaintiff in the above-entitled cause of action;

2. That Affiant is over the age of twenty-one (21) years, of sound mind, and competent to swear to the within matters of the above listed cause of action;

3. That due to Numerous Civil & Criminal Litigations with the State of Nevada and prison Lockdown. Affiant is unable to prepare and write his Opposition/Objections to the U.S. Magistrate Report & Recommendations by the current due date;

4. That Affiant believes the necessary research and preparation can be accomplished within the additional 20 days requested;

5. That this request for enlargement of time is made in good faith and not for the purposes of delay.

_____
Affiant/Petitioner/Plaintiff

IT IS SO ORDERED this 27th day of January, 2021.

_____
ROBERT C. JONES, District Judge

2