UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMAL DAMON HENDRIX,<br><br>        Plaintiff,<br><br>vs.<br><br>M. SHARP, *et al.,*<br><br>        Defendants. | Case No.: 3:18-CV-00084-RCJ-WGC<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 55) |

   Before the Court is the Report and Recommendation of United States Magistrate Judge William G. Cobb (ECF No. 55[1]) entered on January 13, 2021, recommending that the Court grant Defendants' Motion for Summary Judgment (ECF No. 43).  On February 8, 2021, Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (ECF No. 60) and Defendants filed an Opposition to Plaintiff's Objection to Report and Recommendation of Magistrate Judge (ECF No. 61) on February 22, 2021.

   This action was referred to Magistrate Judge Cobb under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

---

[1] Refers to Court's docket number.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties including the parties' objections to the Report and Recommendation and other relevant matters to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

**IT IS HEREBY ORDERED** that United States Magistrate Judge Cobb's Report and Recommendation (ECF No. 55), shall be **ADOPTED and ACCEPTED**.

**IT IS HEREBY ORDERED** that Defendants **GOMEZ, HEALER and JOHN DOE** are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 43) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall **ENTER JUDGMENT** and **CLOSE** the case.

**IT IS SO ORDERED.**

Dated this 24th day of February, 2021.

_____
ROBERT C. JONES
United States District Judge